# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### ***

| | |
|---|---|
| ELIZABETH R. ILAGAN, | |
| Plaintiff, | 2:16-cv-01209-APG-VCF |
| vs. | **ORDER** |
| ROBERT MCDONALD, *et al.*, | |
| Defendants. | |

Before the Court is *Elizabeth R. Ilagan v. Robert McDonald, et al.*, case number 2:16-cv-01209-APG-VCF.

The Court has been informed that Carl Lindstrom, Esq. would like to appear as a *pro bono pro hac vice* counsel for Ms. Ilagan.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 a.m., September 1, 2016, in Courtroom 3D.  Mr. Lindstrom is invited to attend the status hearing.  It is Plaintiff's responsibility to inform Mr. Lindstrom of the status hearing.

DATED this 24th day of August, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE