DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 784-5438
Fax: (775) 784-5181
Greg.Addington@usdoj.gov
Counsel for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH R. ILAGAN, an individual, | 2:16-cv-1209-APG-VCF |
| Plaintiff, | REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY AT SEPTEMBER 1 STATUS HEARING |
| v. | |
| ROBERT McDONALD, Secretary of Veteran's Affairs, and DR. BRYAN WERNER, an individual, | |
| Defendants. | |

Undersigned counsel for federal defendants Robert McDonald, Secretary of Veteran's Affairs, and Veteran's Administration employee Bryan Werner request that he be granted leave to appear telephonically at the status hearing scheduled for September 1, 2016, before U.S. Magistrate Judge Cam Ferenbach.

By Order (#13) entered August 24, 2016, a status hearing was scheduled for September 1, 2016, before U.S. Magistrate Judge Cam Ferenbach. The purpose of the status hearing appears to be the potential representation of plaintiff by attorney Carl Lindstrom – who would be appearing *pro bono pro hac vice*.

Counsel for the federal defendants is employed by the U.S. Attorney's Office in Reno and would prefer to participate in the status hearing by telephone rather than expose the government to the travel expense for a personal appearance.

Accordingly, it is requested that undersigned counsel for the federal defendants be permitted to appear telephonically at the September 1 status hearing.

>Respectfully submitted,
>
>DANIEL G. BOGDEN
>United States Attorney
>
> /s/ Greg Addington
>GREG ADDINGTON
>Assistant United States Attorney

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 8-25-2016

CERTIFICATE OF SERVICE

     I hereby certify that service of the foregoing REQUEST FOR LEAVE TO APPEAR TELEPHONICALLY AT SEPTEMBER 1 STATUS HEARING was made by mailing a copy of same by first class mail, postage prepaid, to the below addressee(s) on August 24, 2016:

Elizabeth R. Ilagan
7600 Rainbow Boulevard, #2120
Las Vegas, NV  89139


                                         /s/ Greg Addington
                                         GREG ADDINGTON