# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELIZABETH R. ILAGAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT MCDONALD and DR. BRYAN WERNER,<br><br>　　　　　Defendants. | Case No. 2:16-cv-01209-APG-VCF<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>(ECF No. 8) |

In light of the parties' settlement (ECF No. 20),

IT IS ORDERED that the defendants' motion to dismiss (ECF No. 8) is DENIED as moot.

DATED this 3rd day of November, 2016.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE