DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Nevada State Bar No. 6875
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada  89501
(775) 784-5438
(775) 784-5181 – facsimile
greg.addington@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH R. ILAGAN,<br><br>              Plaintiff,<br><br>      v.<br><br>ROBERT McDONALD, Secretary of Veteran's Affairs, and<br>DR. BRYAN WERNER, an individual,<br><br>              Defendant. | 2:16-cv-1209-APG-VCF<br><br>STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO FILE STIPULATION OF DISMISSAL<br>   (first request) |

It is hereby stipulated and agreed by and between the parties to this action, through their respective counsel, as follows:

1.  The parties participated in an Early Neutral Evaluation (ENE) on November 1, 2016, at which time a negotiated settlement was reached as to all claims. <u>See</u> Minutes of Proceedings (#20).

2.  With one exception, all required elements of the negotiated settlement have been concluded. The parties are awaiting completion of certain revisions to plaintiff's official personnel file. That element of the negotiated settlement has been slightly delayed because of a delay in obtaining access to the personnel file from archives.

1      3. The December 13 deadline for filing the Stipulation for Dismissal has passed; however, the
2  parties anticipate the completion of the one remaining element of the negotiated settlement by January
3  27, 2017 – after which time the Stipulation for Dismissal will promptly be filed.
4      4. Based on the foregoing, the parties stipulate to an extension of the deadline to January 27,
5  2017, to file the Stipulation for Dismissal in this settled case and request approval of the extension.

_____      /s/ Greg Addington_____
CARL A. LINDSTROM, JR., ESQ.      GREG ADDINGTON
Counsel for Plaintiff      Assistant United States Attorney

IT IS SO ORDERED

Date: \_\_\_December 19,\_\_, 2016

_____
UNITED STATES MAGISTRATE JUDGE

2